BOULANT v. ZIEGFELD. (Supreme Court, Appellate Division, First Department. November 4, 1910.) Appeal from Special Term, New York County. Action by Alfred Boulant against Florenz Ziegfeld, Jr. From an order vacating an order for the examination of a witness de bene esse, plaintiff appeals. Reversed, and motion to vacate denied. Henry Hoelljes (Walter Carroll Low, of counsel), for appellant. Leon Laski, for respondent.
PER CURIAM. The moving papers contain all the necessary and jurisdictional facts required by sections 870 to 873 of the Code of Civil Procedure to be shown to entitle the moving party to an order for the examination of a witness to be taken to perpetuate testimony. The order appealed from should be reversed, with $10 costs and disbursements, and the

motion to vacate denied, with $10 costs, the date for the examination to be fixed upon settlement of the order.

